MARILYN GIBSON       \*     NO. 2020-CA-0033

VERSUS           \*     COURT OF APPEAL

WAL-MART LOUISIANA, LLC   \*     FOURTH CIRCUIT

                \*     STATE OF LOUISIANA

                \*

                \*

\* \* \* \* \* \* \*

PAB  BROWN, J., CONCURS IN THE RESULT.